UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS Equities, Ltd. and Erostra, LLC

Plaintiff,

08 CV 01581

-v-

Blair Ryan Co., et. al.

Defendant.

**Rule 7.1 Statement**

*Judge McMahon*

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GS Equities, Ltd. and/or Erostra, LLC  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

*RECEIVED FEB 15 2008 U.S.D.C. S.D.N.Y.*

Date:  February 11, 2008

Signature of Attorney

Attorney Bar Code: (WH-5192)

Form Rule7_1.pdf  SDNY Web 10/2007