David S. Douglas (DD-6250)
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 8th Floor
New York, New York 10022
(212) 935-3131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GS EQUITIES, LTD. and EROSTRA, LLC,

                Plaintiffs,

                08 Civ. 01581 (CM)

-against-

**NOTICE OF APPEARANCE**

BLAIR RYAN CO., JAY PELSINGER, FRED
PELSINGER and LEONIDES GUADARRAMA,

                Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that the law firm of Gallet Dreyer & Berkey, LLP hereby appears as counsel on behalf of defendants Blair Ryan Co., Jay Pelsinger, and Fred Pelsinger and demands that all notice given or required to be given in this action and all papers served or required to be served in this action be given to and served upon the undersigned at the following address and telephone number.

Dated: New York, New York
       May 29, 2008

                              GALLET DREYER & BERKEY, LLP

                              By: _____
                                   David S. Douglas (DD-6250)

                              845 Third Avenue, 8th Floor
                              New York, New York 10022
                              (212) 935-3131

                              Attorneys for Defendant Blair Ryan Co.,
                              Jay Pelsinger, and Fred Pelsinger

TO:    Wolfgang Heimerl, Esq.
       Heimerl Law Firm
       110 Wall Street, 11th Floor
       New York, New York 10005
       (212) 709-8370
       Attorney for Plaintiffs

00158894.DOC