David S. Douglas (DD-6250)
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 8th Floor
New York, New York 10022
(212) 935-3131

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GS EQUITIES, LTD. and EROSTRA, LLC,

                    Plaintiffs,

                    08 Civ. 01581 (CM)

-against-

**RULE 7.1 STATEMENT**

BLAIR RYAN CO., JAY PELSINGER, FRED
PELSINGER and LEONIDES GUADARRAMA,

                    Defendants.
-----------------------------------------------------------------X

      Defendant Blair Ryan Co., by its attorneys Gallet Dreyer & Berkey, LLP, certifies that it has no parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
       May 29, 2008

                                    GALLET DREYER & BERKEY, LLP

                                    By: _____
                                       David S. Douglas (DD-6250)
                                   845 Third Avenue, 8th Floor
                                   New York, New York 10022
                                   (212) 935-3131

                                   Attorneys for Defendants Blair Ryan Co.,
                                   Jay Pelsinger, and Fred Pelsinger

00158898.DOC