UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

GS EQUITIES, LTD and EROSTRA, LLC,

      Plaintiffs,

  -against-                              08 Civ. 01581 (CM)

BLAIR RYAN CO., JAY PELSINGER, FRED
PELSIGNGER, and LEONIDES GUADARRAMA,

      Defendants.
_____x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

## ORDER GRANTING DEFENDANTS' MOTION
## TO STAY THE ACTION PENDING ARBITRATION

McMahon, J.:

    Yesterday, defendants filed a motion to dismiss the case, or, in the alternative, to stay the action pending the conclusion of any arbitration proceedings between the contracting parties, GS Equities, Ltd. and Blair Ryan Co., Inc. The Court has reviewed the "Alternative Dispute Resolution" clause contained in the contract at issue (Ex. 1 to Defendants' motion), and is satisfied that the contracting parties are bound to mediate and/or arbitrate this dispute.

    Defendants' motion to stay the action pending the conclusion of any mediation and/or arbitration proceedings between the contracting parties is granted. Defendants' motion is denied without prejudice in all other respects. This matter will be placed on the suspense calendar.

Dated: May 30, 2008

                                                  U.S.D.J.

BY ECF TO ALL COUNSEL